ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| **NICOLAS KOGAN EICHBERG**<br><br>Apelante<br><br>v.<br><br>**ANABELLA TROCONIS NERY**<br><br>Apelada | KLAN202301060 | **APELACIÓN** procedente del Tribunal de Primera Instancia, Sala Superior de **San Juan**<br><br>Civil Núm.: **SJ2023RF00051**<br><br>Sobre: Divorcio (Ruptura Irreparable) |

Panel integrado por su presidenta, la Juez Barresi Ramos, la Jueza Santiago Calderón y la Jueza Boria Vizcarrondo.

Boria Vizcarrondo, Jueza Ponente.

### SENTENCIA

En San Juan, Puerto Rico, a 13 de febrero de 2024.

Atendido el *Aviso de Desistimiento* presentado el 9 de febrero de 2024 por la parte apelante, Nicolás Kogan Eichberg, resolvemos declararlo *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones